UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Robert P. Marley,           )
Plaintiff,                  )
                            )
V.                          )
                            )   CIVIL DOCKET NO: 1:10-CV-10885-GAO
                            )
Bank of America et. al.,    )
Defendants.                 )
                            )

## MOTION FOR APPOINTMENT OF COUNSEL

The plaintiff, Robert P. Marley, moves this Honorable Court pursuant to 28 USC §1915 for appointment or assignment of counsel. As reasons therefore; the above provides for the appointment of counsel of indigent persons in civil cases and Plaintiff is indigent. He was granted in State Court, indigent status and allowed to proceed In forma Pauperis. Plaintiff incorporates His Affidavit of Indigency and order from the State Court record by reference herein in support of this motion. The matters involved in this case are so complex and so important that no lay-person can be expected to wade through what is a labyrinth of laws and regulation wherein even the most experienced attorneys have difficulty navigating. Moreover, it took Plaintiff 4 ½ months to prepare and learn the State Court procedures to file His complaint; the Federal forum is much more difficult to navigate and the pitfalls are ominously more numerous.

Moreover, the Plaintiff lacks the wherewithal to properly defend His action, to properly perform discovery, file interrogatories, and to take depositions. Now that this case has been

removed to the Federal Court, the Plaintiff's complaint will surely need to be amended to fall within the standards of the Federal Courts. The Plaintiff is already overwhelmed and is intimidated at the prospect of proceeding in Federal Court. Plaintiff would be the master of his own doom if made to proceed on his own. Moreover, Plaintiff will be overcome and overwhelmed by the strategic maneuvers of seasoned attorneys, thereby defeating not just the Plaintiff, but would also defeat justice and the ends of justice would be denied. Plaintiff's case has Substantive Merit and it would be unfair to allow Him to succumb to procedural pitfalls because He is a layman and uneducated at law. What chance does He stand against Goodwin & Procter? They have thousands of attorneys and untold thousands of paralegal and every resource at their fingertips. Plaintiff has his laptop.

All the attorneys Plaintiff spoke to all said His case has merit including Defendants counsel, Neil Raphael, who said it had some substantive merit. Albeit, the fact remains that if Plaintiff commits a serious error, He is finished, very unfair and unjust. The Court rules are for the smart people who would manipulate the system not for people like the Plaintiff. Plaintiff just wants the opportunity to lay the facts before a court of law and let the cards fall where they may.

Plaintiff has made many attempts at seeking counsel, most attorneys said the same thing; for a case this complex the payday would be to far away. The expense incurred would be significant and in these trying financial times it would be difficult to layout the money it would cost to defend this action. Then some of the attorneys said Plaintiff knew more about the matters and the law than they did. Plaintiff finds this statement hard to believe.

The following is a partial list of attorneys and agencies Plaintiff contacted:

- Gary klein, Esq.

- Kenneth Quat, Esq.
- Patrick Cook, Esq.
- Galin Gilbert, Esq.
- Richard Patterson, Esq.
- Evans Carter, Esq.
- Glen Russell, Esq.
- Attorney Francis
- Mass. Bar Association
- Essex County Bar Association
- The American Civil Liberties Union
- Neighborhood Legal Services

None of the attorneys would take the case on a contingency basis, a couple wanted as much as $15,000.00 for a retainer, the legal services' are overwhelmed, under-funded, and understaffed. One of the attorneys has a Class action in this very Court and called to see if Plaintiff wanted to be part of the class, He said no because the class only raises one issue, Home Affordable Modification Program (HAMP). There has already been a settlement in Massachusetts in regards to the HAMP for 3.1 Billion relief between Countrywide and the Massachusetts State Attorney Generals Office for consumers such as Plaintiff who have these toxic loans. The Defendants' are already in Violation of their own agreement, and that is a story for another day.

The reasons Plaintiff cannot get legal assistance are the same reasons Plaintiff cannot pay for an attorney himself, the Defendants' in this case and their ilk have decimated our economy in order to fill their own pockets, a crime in and of itself. The FBI has just made another round of arrest in the matter of Bank Fraud and another one is coming. However the FBI is having the same problem as the rest of us, they do not have the money and the resource to make a large impact on these criminals to effect a serious change in the way Banks and the financial institutions do business in this country. Therefore it falls to the Courts to be the gatekeepers between them and us. As an example: a Judge in Utah last month literally through the Bank of

America out of the state. The Judge stopped all foreclosures in the state of Utah because he understood the criminality of the Bank.

Your Honor, Plaintiff knows the Court likes brevity, but plaintiff has so much to say he does not know how to be brief; where to begin and where to end. There are so many things wrong with our financial system that it breeds nothing but corruption. Attached infra is a press release from the DOJ. Plaintiff has a stack of FBI case to give to the Court in order to demonstrate the propensity and perilous ongoing corrupt and criminal enterprise that not only the Defendants' are guilty of but also the financial institutions as a whole are culpable.
What really Gets Plaintiff's Crazy is that because of the Misdeeds of the Banks, the Plaintiff was forced to file bankruptcy, yet the Banks were bailed out by me and you and the rest of the tax payers. They were rewarded, paid and saved for their criminal acts. I need someone to explain this to me. How in the name of God does something like this happen? Congress didn't say to me, Mr. Marley don't worry we will give you all the money you need until you get on your feet even though you just robbed 85% of the country. If any individual citizen had done what these criminals have done, they would be in prison for a 100 years. Ah Bernie Madolf. His Ponzie Scheme pales in comparison with the Banks Ponzie Scheme, yet our government gave them untold Billions. Instead of putting them in prison, they kept them in the lap of luxury they are accustom to, while we, the citizens, are the wreckage that is left in their destructive wake.

These criminals had the *Glass Steagall Act* of 1933 repealed (a protection the citizens clearly and truly needed), and replaced in 1999 with the *Gramm-Leach- Bliley Act*, 1999 (which completely deregulated the Banking industry) and it only took these criminals from 2000 to 2004 to fully implement their ongoing scheme and completely destroy this country with impunity.

4

Your Honor Plaintiff needs counsel not only to defend this case but to save Him from Himself. He could erupt and go of in 9 different tangents here. If Plaintiff had the wherewithal intellectually, He would have indicted the entire banking system from the FED right on down the line. The FED has a duty mandated by law to ensure that we never suffer a systemic financial failure as we did in the 1920's, and a duty to oversee and regulate the banking industry to ensure that does not happen. It has and the storm is far from over, for the little people anyway and that would be 95% of the citizenry.

Lastly, it would be unjust whereas Plaintiff is indigent He would not be afforded equal protection under the law and a fighting chance for redress of His Grievance and be forced to traverse alone the minefields that are the F.R.Civ.P. and the volumes of Federal case law and therefore, very likely getting blown up.

**Wherefore**, the Plaintiff respectfully moves this Honorable Court to appoint counsel so that the ends of justice are met and justice is truly served.

Respectfully Submitted

/s/Robert P. Marley

Robert P. Marley, Pro-se
18 Lakeview Drive
Lynnfield, MA 01940

781-595-0685
C-781-844-3044
marley0685@comcast.net

Dated: June 29, 2010

## Local Rule 7.1(a)(2)
### Certificate and Certificate of Service

I, Robert P. Marley, hereby certify pursuant to the above Rule that service has been made on the Defendants' by sending same by e-mail as agreed to by Counsel on June 29, 2010.

/s/Robert P. Marley

Robert P. Marley

---

**For Immediate Release**  
**June 17, 2010**

**U.S. Department of Justice**  
**Office of Public Affairs**  
**(202) 514-2007/TDD (202) 514-1888**

**Financial Fraud Enforcement Task Force Announces Results of Broadest Mortgage Fraud Sweep in History**

WASHINGTON—Attorney General Eric Holder, FBI Director Robert Mueller, Housing and Urban Development Inspector General (HUD-OIG) Kenneth M. Donohue, and other members of the Financial Fraud Enforcement Task Force today announced the results of a nationwide takedown, "Operation Stolen Dreams," which targeted mortgage fraudsters throughout the country and is the largest collective enforcement effort ever brought to bear in confronting mortgage fraud.

The sweep was organized by President Obama's interagency Financial Fraud Enforcement Task Force, which was established to lead an aggressive, coordinated, and proactive effort to investigate and prosecute financial crimes. Starting on March 1, to date Operation Stolen Dreams has involved 1,215 criminal defendants nationwide, including 485 arrests, who are allegedly responsible for more than $2.3 billion in losses. Additionally, to date the operation has resulted in 191 civil enforcement actions, which have resulted in the recovery of more than $147 million.

"Mortgage fraud ruins lives, destroys families and devastates whole communities, so attacking the problem from every possible direction is vital," said Attorney General Holder. "We will use every tool

available to investigate, prosecute and prevent mortgage fraud, and we will not rest until anyone preying on vulnerable American homeowners is brought to justice."

"From home buyers to lenders, mortgage fraud has had a resounding impact on the nation's economy," said FBI Director Robert S. Mueller, III. "Those who prey on the housing market should know that hundreds of FBI agents on task forces and their law enforcement partners are tracking down your schemes and you will be brought to justice."

"The last several years have seen enormous and damaging developments in the mortgage and housing markets, and the government has stepped in to bolster unstable marketplaces and devastated communities," said Inspector General Donohue. "The HUD-OIG, in partnership with other agencies, is deeply committed to ensuring that scarce resources are not diverted to those who seek to enrich themselves at the expense of those who so desperately need assistance today."

Unlike previous mortgage fraud sweeps, Operation Stolen Dreams focused not only on federal criminal cases, but also on civil enforcement, recovering money for victims and increasing cooperation with state and local partners. The operation was conducted in conjunction with the Department of Justice—including the FBI, U.S. Attorneys Offices, the U.S. Trustee Program, and other components—as well as the Department of Housing and Urban Development, the Department of the Treasury, the Federal Trade Commission, the Internal Revenue Service, the U.S. Postal Inspection Service, the U.S. Secret Service, the National Association of Attorneys General, and the National District Attorneys Association.

The President's Financial Fraud Enforcement Task Force includes representatives from a broad range of federal agencies, regulatory authorities, inspectors general, and state and local law enforcement who, working together, bring to bear a powerful array of criminal and civil enforcement resources. The task force is working to improve efforts across the federal executive branch, and with state and local partners, to investigate and prosecute significant financial crimes, ensure just and effective punishment for those who perpetrate financial crimes, combat discrimination in the lending and financial markets, and recover proceeds for victims of financial crimes. For more information on the task force, visit StopFraud.gov.